# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   GILBERTO TORRES-ORDONEZ   [1]   08CR0171-H

The Honorable:   ANTHONY J. BATTAGLIA

Atty   VICTOR PIPPINS, FD (S/A)   for   [1]   -
Atty   _____   for   [ ]   -
Atty   _____   for   [ ]   -

AJB08-1:1404-1410

GOVERNMENTS ORAL MOTION TO DISMISS INDICTMENT - GRANTED. ABSTRACT ORDER ISSUED TO U.S.M.

ALL PENDING DATES VACATED.

Date:  03/14/08

END OF FORM

by  /s/ MM