UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 21 AM 10: 23

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GILBERTO TORRES-ORDONEZ, <br><br> Defendant. | CASE NO. 08CR0171-H <br><br> JUDGMENT OF DISMISSAL |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 18, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

I have executed within Judgment of Dismissal
~~Judgement and Commitment~~ on 3/19/08

United States Marshal

By: _____
USMS Criminal Section